IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN M. TAYLOR,

        Plaintiff,

    vs.

DEPARTMENT OF THE
AIR FORCE, et al.,

        Defendants.
_____/

No. CIV S-08-0869 LEW DAD PS

ORDER GRANTING APPLICATION
TO PROCEED IN FORMA PAUPERIS,
DIRECTING CLERK TO SEND MATERIALS
FOR SERVICE, AND REQUIRING SERVICE
BY UNITED STATES MARSHAL

        Plaintiff is proceeding pro se with a complaint alleging claims of employment discrimination. The proceeding has been referred to the undersigned pursuant to Local Rule 72-302(c)(21) and 28 U.S.C. § 636(b)(1).

        Plaintiff has applied for leave to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. The undersigned finds that plaintiff's application makes the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff will be granted leave to proceed in forma pauperis.

        IT IS ORDERED that:

        1. Plaintiff's April 24, 2008 application to proceed in forma pauperis is granted;

        2. The Clerk of the Court is directed to issue process and send plaintiff (1) an instruction sheet for service of process by the United States Marshal, (2) a USM-285 form and

summons for each defendant, and (3) an endorsed copy of plaintiff's complaint filed April 24, 2008.

      3.  Plaintiff shall submit the properly completed forms and the number of copies required by the United States Marshal, along with a copy of this order, to the United States Marshal within thirty (30) days after this order is served.

      4.  Within ten (10) days after submitting all required materials to the United States Marshal, plaintiff shall file with the court a declaration stating the date on which she submitted all required materials to the United States Marshal.

      5.  Within thirty (30) days after receiving the necessary materials from plaintiff, the United States Marshal is directed to serve process on defendants Department of the Air Force and Michael W. Wynne, Secretary of the Air Force.

DATED: April 29, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1/orders.pro se/taylor0869.ifp.serve