McGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN M. TAYLOR, | CASE NO. 2:08-CV-869-JAM-DAD PS |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |
| v. | |
| DEPARTMENT OF THE AIR FORCE; and THE HONORABLE MICHAEL W. WYNNE, SECRETARY OF THE AIR FORCE | |
| Defendants. | |

   NOTICE IS HEREBY GIVEN that Michael W. Wynne resigned from his position as Secretary of the United States Air Force.  On October 17, 2008, Michael B. Donley was confirmed as Secretary of the United States Air Force.

   Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Michael B. Donley will be substituted as defendant in place of Michael W. Wynne, and all further proceedings in this action "shall be in the name of the substituted party."  Defendants Michael B. Donley and the Department of the Air Force further request that the caption used in this case be modified to reflect this substitution.

/////
/////
/////
/////

U.S. NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER       1

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: November 26, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
| 4 |   | By:  /s/ Todd A. Pickles |
| 5 |   | TODD A. PICKLES<br>Assistant United States Attorney |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 25(d)(1), Michael B. Donley is substituted for Michael W. Wynne, and the caption used in this case shall be so modified.

IT IS SO ORDERED.

DATED: November 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.pro se/taylor0869.ord.sub

U.S. NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER   2