IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN M. TAYLOR,

      Plaintiff,                        No. CIV S-08-0869 JAM DAD PS

    vs.

DEPARTMENT OF THE
AIR FORCE, et al.,                    ORDER

      Defendants.
_____/

        By order filed January 26, 2009, plaintiff's first amended complaint was dismissed with leave to file a second amended complaint on or before March 6, 2009. On March 4, 2009, plaintiff filed a timely second amended complaint correctly naming as defendant Michael B. Donley, Secretary of the Air Force. Four days later, plaintiff filed a document that purports to be a "revised" second amended complaint naming the United States Attorney as defendant in place of defendant Donley. The court will strike the untimely revised second amended complaint.

        IT IS ORDERED that:

        1. Plaintiff's revised second amended complaint (Doc. No. 32) is stricken;

        2. Plaintiff's declaration in support of the revised pleading (Doc. No. 33) will be disregarded; and

1

3. Defendant Donley's response to plaintiff's second amended complaint filed March 4, 2009 shall be filed and served within twenty days after service of this order.

DATED: March 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1/orders.pro se/taylor0869.ord.revsac