IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN M. TAYLOR,

    Plaintiff,

    v.

MICHAEL B. DONLEY, Secretary of the United States Air Force,

    Defendant.

No. CIV S-08-0869 JAM DAD PS

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

/

Defendant has filed an answer to plaintiff's Title VII and Rehabilitation Act claims. Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, May 7, 2010, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Dale A. Drozd.

2. All parties are required to appear at the Status (Pretrial Scheduling) Conference either by counsel or, if acting without counsel, in propria persona. Any party may appear at the conference telephonically. To arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than three days before the Status (Pretrial Scheduling) Conference.

/////

1

3. Plaintiff shall file and serve a status report on or before **April 23, 2010,** and defendant shall file and serve a status report on or before **April 30, 2010**. Each party's status report shall address all of the following matters:

    a. Possible joinder of additional parties;

    b. Proposed amendments to plaintiff's first amended complaint;

    c. Jurisdiction and venue;

    d. Anticipated motions and the scheduling thereof;

    e. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    f. Future proceedings, including the setting of appropriate cut-off dates for discovery and law and motion, and the scheduling of a final pretrial conference and trial;

    g. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    h. Whether the case is related to any other case, including matters in bankruptcy;

    i. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualifications by virtue of his so acting, or whether they prefer to have a Settlement Conference before another judge;

    j. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    k. Any other matters that may aid in the just and expeditious disposition of this action.

DATED: March 10, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\taylor0869.ossc