IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN M. TAYLOR,

        Plaintiff,                          No. CIV S-08-0869 JAM DAD PS

     vs.

MICHAEL B. DONLEY, Secretary        <u>ORDER</u>
of the United States Air Force,

        Defendant.
_____/

        Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On March 10, 2010, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within seven days after being served with the findings and recommendations. The seven-day period has expired, and no party has filed an objection to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 10, 2010 (Doc. No. 43) are adopted in full;

2. Defendant's April 1, 2009 motion for partial dismissal of claims (Doc. No. 35) is granted;

3. All claims alleged under the Family Medical Leave Act, the Americans With Disabilities Act, 42 U.S.C. §§ 1981 and 1983, and the Fourteenth Amendment are dismissed with prejudice; and

4. This action shall proceed on the claims alleged in plaintiff's second amended complaint under Title VII and the Rehabilitation Act.

DATED: March 26, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE