IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN M. TAYLOR,

      Plaintiff,                          No. CIV S-08-0869 JAM DAD PS

      vs.

MICHAEL B. DONLEY, Secretary
of the United States Air Force,         ORDER

      Defendant.
_____/

        This matter came before the court on April 8, 2011, for hearing on defendant's motion for summary judgment. Also before the court were two requests filed by plaintiff. Plaintiff Karen M. Taylor, who is proceeding pro se in this action, appeared on her own behalf. Edward A. Olsen, Esq. appeared for the defendant.

        For the reasons set forth on the record, IT IS HEREBY ORDERED that:

        1. Defendant shall comply with the requirements of Local Rule 260(a) by filing and serving a "Statement of Undisputed Facts" within seven days after April 8, 2011; the filing shall be accompanied by a proof of service by mail on the pro se plaintiff;

        2. Defendant shall provide the court with a courtesy copy, in either paper or electronic format, of the entire deposition relied upon in defendant's motion for summary judgment, as provided in Local Rule 133(j), within seven days after April 8, 2011;

3. Plaintiff's response to defendant's Statement of Undisputed Facts shall be prepared in accordance with Local Rule 260(b) and shall be filed and served within fourteen days after plaintiff is served with defendant's Statement of Undisputed Facts;

4. Plaintiff's January 3, 2011 request for change of date and place of deposition (Doc. No. 54) is denied as moot; and

5. Plaintiff's February 4, 2011 request for court-ordered designation of experts by defendant (Doc. No. 55) is denied.

DATED: April 9, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.pro se/taylor0869.oah.040811