IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREN M. TAYLOR,

    Plaintiff,

    v.

MICHAEL B. DONLEY, Secretary
of the United States Air Force,

    Defendant.

                                 /

No. CIV S-08-0869 JAM DAD PS

ORDER VACATING
PRETRIAL CONFERENCE
AND JURY TRIAL DATES

Defendant's motion for summary judgment is submitted for findings and recommendations after hearing on April 8, 2011, and supplemental briefing and evidence filed after the hearing. Due to the time needed for issuance of findings and recommendations, filing of objections and replies, and final disposition of the motion by the assigned district judge, the dates set for Final Pretrial Conference and Jury Trial will be vacated, to be re-set, if appropriate, upon disposition of defendant's motion for summary judgment.[1]

---

[1] The Status (Pretrial Scheduling) Order filed May 11, 2010 set a March 4, 2011 deadline for hearing motions. (Doc. No. 49 at 2.) When the court granted defendant's motion to modify the scheduling order to accommodate substitution of new counsel, the dates set for Final Pretrial Conference and Jury Trial were not modified, but the deadline for hearing motions was extended to April 8, 2011, shortening the time between the last day for hearing motions and Final Pretrial Conference by five weeks. The time was further reduced by the additional time required for the parties' compliance with Local Rules 133(j) and 260(a) and (b).

1

1  Good cause appearing, IT IS ORDERED that Final Pretrial Conference set for
2  June 17, 2011, and Jury Trial set for August 15, 2011, before the Honorable John A. Mendez are
3  vacated, and no pretrial statements shall be filed by the parties until further order of the court.
4  DATED: May 24, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/taylor0869.ord.vac.ptcjt